Date Of Arrest: 8/26/2017

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 17-1653MJ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| V | |
| Armando FONSECA-Garcia<br>A091 521 545<br>DOB: 1970<br>Citizen of Mexico | COUNT I<br>Title 8, United States Code, Section 1326<br>(a) enhanced by (b)(1) Attempted Re-entry<br>After Removal (Felony). |
| Defendant | |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about 8/26/2017, Defendant Armando FONSECA-Garcia, an alien, entered or attempted to enter the United States, at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Laredo, Texas on or about 12/5/2007. The Secretary of Homeland Security of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos

Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed in my presence,

8/28/2017     at     Yuma, Arizona
Date                  City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

    V.

FONSECA-Garcia, Armando
A091 521 545
DOB: 1970
Citizen of Mexico

**Immigration Record:**
12/5/2007    Removed to Mexico via Laredo, Texas POE

**CRIMINAL RECORD:**
06/20/2005    ATF Phoenix, Arizona
                  Charge: Illegal alien in poss. of firearm
                  Disp: Guilty sentenced to 42 months BOP, 36 months TSR

FBI record #66631NA0- extensive criminal record

**SYNOPSIS:**

    The complainant states that this complaint is based upon the statements of the apprehending officers, that FONSECA was found on or about 8/26/2017, at or near the San Luis, Arizona Port of Entry. Questioning revealed that FONSECA is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

    On or about 8/26/2017, Armando FONSECA applied for admission into the United States, via the pedestrian lanes, at the San Luis, Arizona Port of Entry. Upon inspection, FONSECA claimed to be a legal permanent resident of the United States to the primary officer. FONSECA stated he had lost his resident alien card and wanted to enter to visit his daughter in Phoenix, Arizona. FONSECA was advised there is a process to verify his claim and needed to be ready to make entry to the United States.

UNITED STATES OF AMERICA

V.

FONSECA-Garcia, Armando
AKA: None Known
A091 521 545
DOB: 1970
Citizen of Mexico

FONSECA said that he was ready to make entry to visit his daughter in Phoenix, Arizona. FONSECA was referred to secondary for further inspection and investigation to verify his claim.

Once in secondary the officers discovered the above mentioned criminal and immigration history. At this time FONSECA was advised of his rights per form I-214 which he signed acknowledging he understood them and opted to invoke his right to remain silent.

Through record checks officers confirmed that FONSECA is a citizen and national of Mexico and has never been a citizen or national of any other country. Records indicate FONSECA, at one time, was a legal permanent resident of the United States, but had been deported/removed to Mexico due to his criminal activities and convictions.

Fingerprints submitted to the FBI confirmed FONSECA'S identity and criminal history.

UNITED STATES OF AMERICA

V.

FONSECA-Garcia, Armando
AKA: None Known
A091 521 545
DOB: 1970
Citizen of Mexico

FONSECA is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.

Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed in my presence,
_____8/28/2017_____ at _____Yuma, Arizona_____
Date                                                                                  City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

## *Probable Cause Statement*

I, Enforcement Officer Rodolfo H. Di Bene , declare under penalty of perjury, the following is true and correct:

**Immigration Record:**
12/5/2007     Removed to Mexico via Laredo, Texas POE

**CRIMINAL RECORD:**
06/20/2005    ATF Phoenix, Arizona
              Charge: Illegal alien in poss. of firearm
              Disp: Guilty sentenced to 42 months BOP, 36 months TSR

FBI record #66631NA0- extensive criminal record

**SYNOPSIS:**
The complainant states that this complaint is based upon the statements of the apprehending officers, that FONSECA was found on or about 8/26/2017, at or near the San Luis, Arizona Port of Entry. Questioning revealed that FONSECA is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

On or about 8/26/2017, Armando FONSECA applied for admission into the United States, via the pedestrian lanes, at the San Luis, Arizona Port of Entry. Upon inspection, FONSECA claimed to be a legal permanent resident of the United States to the primary officer. FONSECA stated he had lost his resident alien card and wanted to enter to visit his daughter in Phoenix, Arizona. FONSECA was advised there is a process to verify his claim and needed to be ready to make entry to the United States.

UNITED STATES OF AMERICA

V.

FONSECA-Garcia, Armando
AKA: None Known
A091 521 545
DOB: 1970
Citizen of Mexico

FONSECA said that he was ready to make entry to visit his daughter in Phoenix, Arizona. FONSECA was referred to secondary for further inspection and investigation to verify his claim.

Once in secondary the officers discovered the above mentioned criminal and immigration history. At this time FONSECA was advised of his rights per form I-214 which he signed acknowledging he understood them and opted to invoke his right to remain silent.

Through record checks officers confirmed that FONSECA is a citizen and national of Mexico and has never been a citizen or national of any other country. Records indicate FONSECA, at one time, was a legal permanent resident of the United States, but had been deported/removed to Mexico due to his criminal activities and convictions.

Fingerprints submitted to the FBI confirmed FONSECA'S identity and criminal history. FONSECA is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.

UNITED STATES OF AMERICA

    V.

FONSECA-Garcia, Armando
AKA: None Known
A091 521 545
DOB: 1970
Citizen of Mexico

Executed on: Date 8/27/2017      Time: 1114 hours

Signed: _____

Rodolfo H. Di Bene, Enforcement Agent

**Finding of Probable Cause**

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two pages, I find probable cause to believe that the defendant(s) named therein committed the offense on 8/26/2017, in violation of Title 8, United States Code, Section 1326(a)(b)(1).

Finding made on: Date 08/27/2017   Time 1630 HRS

Signed: _____ United States Magistrate Judge
James F. Metcalf